# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN DWAYNE MOSBY, ) | |
|     Petitioner, ) | 3:13-cv-00605-LRH-WGC |
| vs. ) | **ORDER** |
| RENEE BAKER, *et al.*, ) | |
|     Respondents. ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that petitioner **SHALL**, within **30 days** from the date of entry of this order, do one of the following: (1) pay the $5 filing fee, or (2) file a fully completed application to proceed *in forma pauperis,* on the court-approved form, including a financial certificate signed by an authorized prison or jail officer.

**IT IS FURTHER ORDERED** that if petitioner does not timely comply with this order, dismissal of this action may result.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** petitioner the approved form for an application to proceed *in forma pauperis* by a prisoner and instructions for the same.

///

1    **IT IS FURTHER ORDERED** that the Clerk shall retain the habeas petition, but shall not
2 file it at this time.

3    Dated this 21st day of November, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE