# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARVIN DWAYNE MOSBY,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.

3:13-cv-00605-LRH-WGC

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for an extension of time in which to file a first amended petition for a writ of habeas corpus, or alternatively, to file a response to the pending motion to dismiss the original petition. (ECF No. 17). Petitioner seeks a sixty-day (60) enlargement of time, up to and including March 20, 2015, to file the first amended petition, or alternatively, to file a response to the pending motion to dismiss. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file the first amended petition, or alternatively, to file a response to the pending motion to dismiss (ECF No. 17) is **GRANTED.** The first amended petition, or alternatively, petitioner's response to the pending motion to dismiss, shall be filed on or before **March 20, 2015.**

DATED this 27th day of January, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE